Jonathan D. Jay, Esq., Bar No. 18603X (*Pro Hac Vice* forthcoming)
jjay@hjlawfirm.com
HELLMUTH & JOHNSON, PLLC
8050 West 78th Street
Edina, MN 55439
Telephone: (952) 941-4005
Facsimile: (952) 941-2337

Christine M. Booze, Esq., Bar No. 7610
cbooze@awslawyers.com
ATKIN WINNER & SHERROD
1127 South Rancho Drive
Las Vegas, NV 89102
Telephone: (702) 243-7000
Facsimile: (702) 243-7059

*Attorneys for Defendant Midwest
Industrial Supply Company,
a Minnesota corporation*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., a California corporation, HYUNDAI MOTOR COMPANY, a Korean corporation, a Californian corporation,<br><br>Plaintiffs,<br><br>v.<br><br>MIDWEST INDUSTRIAL SUPPLY COMPANY, a Minnesota corporation,<br><br>Defendant. | CASE NO.: 2:17-cv-03010-JCM-GWF<br><br>**STIPULATION FOR EXTENSION OF TIME TO ANSWER COMPLAINT**<br><br>**(First Request)** |

WHEREAS,

1) Defendant Midwest Industrial Supply Company was served with the Complaint in this matter on or about January 4, 2018.

2) Plaintiffs and Defendant are engaged in settlement discussions and believe that some additional time is necessary to facilitate their ongoing discussions.

3) Defendant shall answer or otherwise respond to Plaintiffs' Complaint on or before May 31, 2018.

4) Plaintiffs and Defendant, in good faith and not for the purpose of delay, stipulate and agree that Defendant shall have until May 31, 2018, in which to answer or otherwise respond to the Complaint.

THEREFORE, IT IS SO STIPULATED AND AGREED BY THE PARTIES, REPRESENTED BY THE UNDERSIGNED:

DATED this _____ day of May, 2018.

| | |
|---|---|
| **HELLMUTH & JOHNSON, PLLC**<br><br>By: /s/ *Jonathan D. Jay*<br>    Jonathan D. Jay (Bar No. 18603X)<br>    *Pro Hac Vice* forthcoming<br>    8050 West 78th Street<br>    Edina, MN 55439<br>    Tel: (952) 941-4005<br>    Fax: (952) 941-2337<br>    jjay@hjlawfirm.com<br><br>Attorneys for Defendant Midwest Industrial Supply Company | **PISANELLI BICE, PLLC**<br><br>By: /s/ *M. Magali Mercera*<br>    James J. Pisanelli (Bar No. 4027)<br>    M. Magali Mercera (Bar No. 11742)<br>    400 S. 7th Street, Suite 300<br>    Las Vegas, NV 89101<br>    Tel.: (702) 214-2100<br>    Fax: (702) 214-2101<br>    jjp@pisanellibice.com<br>    mmm@pisanellibice.com<br><br>Attorneys for Plaintiffs |
| **ATKIN WINNER & SHERROD**<br><br>By: /s/ *Christine M. Booze*<br>    Christine M. Booze (Bar No. 7610)<br>    1117 South Rancho Drive<br>    Las Vegas, Nevada 89102<br>    Tel: (702) 243-7000<br>    Fax: (702) 243-0759<br>    cbooze@awslawyers.com<br><br>Attorneys for Defendant Midwest Industrial Supply Company | **PILLSBURY WINTHROP SHAW PITTMAN LLP**<br><br>By: /s/ *Kenneth E. Kelly*<br>    Kenneth E. Kelly (Bar No. 71450)<br>    Christopher E. Stretch (Bar No. 166752)<br>    Four Embarcadero Center, 22nd Floor<br>    San Francisco, CA 94111<br>    Tel.: (415) 983-1084<br>    Fax: (415) 249-8466<br>    kenneth.keller@pillsburylaw.com<br>    christopher.stretch@pillsburylaw.com<br><br>Attorneys for Plaintiffs |

IT IS SO ORDERED:

*[signature]*

UNITED STATES MAGISTRATE JUDGE

DATED: 5/02/2018