UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HYUNDAI MOTOR AMERICA, INC., et al., | Case No. 2:17-CV-3010 JCM (GWF) |
| Plaintiff(s), | ORDER |
| v. | |
| MIDWEST INDUSTRIAL SUPPLY COMPANY, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Hyundai Motor America, Inc. et al. v. Midwest Industrial Supply Company*, case number 2:17-cv-03010-JCM-GWF.

On March 13, 2019, plaintiffs filed a notice indicating that the parties settled the case pursuant to Federal Rule of Civil Procedure 68. (ECF No. 56). Under the terms of the settlement-contemplated judgment on all counts in the form of a permanent injunction, damages in the amount of $75,000.00, and cost that the parties accrued. *Id*.

On March 14, 2019, the court entered judgment, holding that plaintiffs recover from defendants $75,000.00 inclusive of all costs and attorney's fees. (ECF No. 57). On March 15, 2019, plaintiffs filed a motion to amend the judgment, arguing that the judgment is not consistent with the terms of the settlement. (ECF No. 58). Plaintiffs specifically assert that the judgment contains three mistakes: (1) it incorrectly states that the judgment is inclusive of costs; (2) it incorrectly states that the judgment is inclusive of attorney's fees; and (3) it incorrectly omits a permanent injunction. *Id*.

Good cause appearing, the court will grant plaintiffs' motion and amend the judgment pursuant to Federal Rule of Civil Procedure 60(a). The court will enter an amended judgment

**James C. Mahan**
**U.S. District Judge**

holding (1) judgment in the amount of $75,000.00; (2) costs plaintiffs accrued through February 27, 2019, (3) attorney's fees, if the court allows any upon filing of a proper motion, and (4) entry of a permanent injunction with the terms set forth in paragraphs 1(a), 1(b), 2, 3, and 5, of the prayer for relief in the first amended complaint. Plaintiffs shall file their motion for attorney's fees and allowable costs within fourteen days of the entry of the amended judgment.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiffs' motion to amend (ECF No. 58) be, and the same hereby is, GRANTED, consistent with the foregoing.

Plaintiffs Hyundai Motor America, Inc. and Hyundai Motor Company shall file an appropriate amended judgment within ten (10) days from the date of this order awarding:

- Judgment in the amount of $75,000.
- Entry of a permanent injunction in accordance with the following:
    - Midwest Industrial Supply Company ("Midwest") shall not (1) misrepresent in any way the source of origin or the nature or quality of Midwest's non-genuine Hyundai parts; and (2) make, manufacture, import, use, distribute, ship, license, sell, develop, display, deliver, advertise and/or otherwise market or dispose of Midwest's non-genuine Hyundai parts.
    - Midwest or any of its agents or affiliates shall recall any and all products and materials bearing, copying, reproducing, counterfeiting, or simulating the Hyundai marks or a colorable imitation thereof.
    - Midwest shall file with this court and serve upon plaintiffs within thirty (30) days of being served with this injunction a written affidavit signed by Midwest under oath, setting forth in detail the manner in which Midwest complied with the injunction.
    - Midwest shall not engage in further conduct which infringes the Hyundai marks.
- Costs plaintiffs accrued through February 27, 2019.

**James C. Mahan**
**U.S. District Judge**

- Any attorney's fees that that the court allows upon filing of a proper motion.

IT IS FURTHER ORDERED that plaintiffs shall file their motion for attorney's fees and allowable costs within fourteen (14) days of the entry of the amended judgment.

DATED April 1, 2019.

_____
UNITED STATES DISTRICT JUDGE