# EXHIBIT A

# (PLACEHOLDER TO DECLARATION OF FRANK FERRARA)