# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Hyundai Motor America, Inc., et al.,

             Plaintiffs,

  v.

Midwest Industrial Supply Company, et al.,

             Defendants.

JUDGMENT IN A CIVIL CASE FOR ATTORNEY'S FEES

Case Number: 2:17-cv-03010-JCM-GWF

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that attorneys fees are awarded in favor of Plaintiffs and against Defendants.

 

3/6/2020
Date

DEBRA K. KEMPI
Clerk

/s/ M. Reyes
Deputy Clerk